IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARLENE BROCK,  Civ. No. 04-6396-CO

         Plaintiff,  ORDER

  v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

         Defendant.

Magistrate Judge John P. Cooney filed Findings and Recommendation on August 23, 2005 in the above entitled case. The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff timely filed objections. The court has,

therefore, given de novo review of Judge Cooney's rulings.

After review, the court adopts the Findings and Recommendation filed August 23, 2005 [#15] in its entirety. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this 20th day of December, 2005.

_____
Michael R. Hogan
United States District Judge